UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | |
| | : | Criminal No.02-00337-001 |
| RENE ABREU | : | |
| | : | JUDGMENT |

The Defendant, Rene Abreu, admitted guilt on January 15, 2013, to violation numbers 3 and 5 of the Violation Petition dated October 16, 2012, (Gerald Krovatin, Esq. appearing for Defendant and Thomas J. Eicher, Assistant United States Attorney appearing on behalf of Paul J. Fishman, United States Attorney for the District of New Jersey). The United States moved to dismiss violation numbers 1, 2, and 4. The defendant and the United States jointly recommended that the defendant be sentenced to 40 hours of community service in addition to the existing terms and conditions of supervision. Accordingly the Court has adjudicated that the defendant is guilty of the following violations:

| Violation Number | Nature of the Violation |
|---|---|
| 3 | Failure to submit a truthful and complete report to Probation |
| 5 | Failure to notify of an arrest within 72 hours |

As pronounced on January 15, 2013, it is hereby

ORDERED that the Defendant shall do 40 hours of community service as approved by his Probation Officer. All other terms and conditions of supervised release are to remain in full force and effect.

It is further

ORDERED that violation numbers 1, 2 and 4 are hereby dismissed.

Signed on this 22 day of January, 2013

_____
HONORABLE STANLEY R. CHESLER
United States District Judge